**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Timothy R. HARRELL, Defendant–Appellant.**

**No. 07–2027.**

United States Court of Appeals, Seventh Circuit.

April 27, 2009.

Timothy A. Bass, Office of the United States Attorney, Urbana, IL, for Plaintiff–Appellee.

Susan Kister, St. Louis, MO, for Defendant–Appellant.

Before RICHARD A. POSNER, Circuit Judge, JOEL M. FLAUM, Circuit Judge and TERENCE T. EVANS, Circuit Judge.

## ORDER

On December 11, 2008, we ordered a limited remand in this case so the district judge would have an opportunity to review the matter and tell us whether he is inclined to reduce the defendant's sentence. The district judge has responded with a "no." There being no other reason why this case should remain open, the judgment of the district court is AFFIRMED.